JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT MCGUCKEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEPPERDINE UNIVERSITY, et al.,<br><br>　　　　　Defendants. | Case No.  CV 22-2851-GW-JCx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

　　IT IS SO ORDERED.

Dated: November 14, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE